**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| TIEN MINH NGUYEN, | ) | NO. CV 15-7600-PSG (AS) |
|                Plaintiff, | ) | |
|       v. | ) | **JUDGMENT** |
| J. LEWIS, et. al., | ) | |
|                Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 12/15/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE